**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gervacio RODRIGO–ABAD,**
**Defendant–Appellant.**

No. 04–3586.

United States Court of Appeals,
Seventh Circuit.

Nov. 4, 2005.

Barry D. Glickman, Office of the United States Attorney, Indianapolis, IN, for Plaintiff–Appellee.

William E. Marsh, Indiana Federal Community Defenders, Inc., Indianapolis, IN, for Defendant–Appellant.

Before: POSNER, KANNE, and ROVNER, Circuit Judges.

### ORDER

On limited remand under *United States v. Paladino,* 401 F.3d 471 (7th Cir.2005), the district court responded that it would have given Gervacio Rodrigo–Adab "the same sentence had the guidelines been advisory at the time of sentencing." We invited the parties to file memoranda addressing the district court's statement, but neither did so. Rodrigo–Abad's 121–month sentence, which is only one month greater than the applicable statutory minimum of 120 months, is within his guideline range and therefore presumptively reasonable. *See United States v. Mykytiuk,* 415 F.3d 606 (7th Cir.2005). His failure to respond leaves that presumption unrebutted. Our independent review does not suggest the sentence is unreasonable and, thus, we AFFIRM the judgement.